

### Non-Military Status Affidavit as to Lee Gause.pdf

| | |
|---|---|
| DocVerify ID: | B61BAAF3-0CC9-445D-B14B-0DD74E58E0F1 |
| Created: | April 03, 2024 15:01:19 -5:00 |
| Pages: | 4 |
| Remote Notary: | Yes / State: FL |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Kevin Markow (KM)**
April 03, 2024 15:54:18 -5:00 [1F3192DF4953] [130.41.41.220]
KMarkow@beckerlawyers.com (Principal) (Personally Known)

**E-Signature Notary: Nora E. Portuondo (NEP)**
April 03, 2024 15:54:18 -5:00 [5892A99E2D99] [130.41.41.220]
NPortuondo@beckerlawyers.com
I, Nora E. Portuondo, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FINANCE ERC LLC,

    Plaintiff,

vs.                                  Civil Action No. 9:24-cv-80038-AMC

LEE GAUSE DDS PC and
LEE GAUSE,

    Defendants.
_____/

## AFFIDAVIT AS TO NON-MILITARY SERVICE

Before me, the undersigned authority, personally appeared Kevin Markow, Esq., who, being by me first duly sworn, states as follows:

1. I am counsel for the Plaintiff in the above-styled matter.

2. I ascertained the Defendant's non-military status by accessing the Defense Manpower Data Center Website requesting information concerning the military status of the Defendant. The Defense Manpower Data Center replied in writing that Defendant is not in the military service of the United States of America.

3. The Certificate is attached hereto and expressly made a part hereof by reference as Exhibit "A".

4. This affidavit is made for purposes of establishing that Defendant Lee Gause is not entitled to the benefits or privileges afforded by the Servicemembers Civil Relief Act.

**FURTHER AFFIANT SAYETH NAUGHT**.

*Kevin Markow*
Signed on 2024/04/03 15:54:18 -5:00

Kevin Markow, Esq.



Civil Action No. 9:24-cv-80038-AMC

STATE OF FLORIDA         :
                         : ss
COUNTY OF MIAMI-DADE     :

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☒ online notarization, this 3rd day of April, 2024, by Kevin Markow.

NOTARY PUBLIC - STATE OF FLORIDA

Personally Known __X__ OR

Sign _____
    Signed on 2024/04/03 15:54:18 -5:00

Produced Identification _____

Print  Nora E. Portuondo _____

_____
Type of Identification

My Commission expires: 2/25/2025

**Nora E Portuondo**
**Commission # HH 97903**
Notary Public - State of Florida
My Commission Expires Feb 25, 2025

Notary Stamp 2024/04/03 12:54:18 PST          5892A99E2D99

Notarial act performed by audio-visual communication

2

Department of Defense Manpower Data Center

Results as of : Mar-20-2024 10:40:12 AM

SCRA 5.18



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-8967 |
| Birth Date: | Jul-XX-1977 |
| Last Name: | GAUSE |
| First Name: | LEE |
| Middle Name: | |
| Status As Of: | Mar-20-2024 |
| Certificate ID: | D80CSYWZXZP710C |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

EXHIBIT "A"

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.