

## Affidavit of Amounts Due and Owing.pdf

| | |
|---|---|
| DocVerify ID: | 0238ACCF-4E8C-4F61-B33D-2F5FFC8DB25C |
| Created: | April 03, 2024 14:00:08 -5:00 |
| Pages: | 4 |
| Remote Notary: | Yes / State: FL |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Gregory Zink (GZ)**
April 03, 2024 14:29:50 -5:00 [5A5B81CBA5FF] [76.109.155.30]
gzink@financeerc.com (Principal)

**E-Signature Notary: Nora E. Portuondo (NEP)**
April 03, 2024 14:29:50 -5:00 [0AE38A1456CC] [130.41.41.220]
NPortuondo@beckerlawyers.com
I, Nora E. Portuondo, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FINANCE ERC LLC,

    Plaintiff,

  vs.                                      Civil Action No. 9:24-cv-80038-AMC

LEE GAUSE DDS PC and
LEE GAUSE,

    Defendants.
_____/

## AFFIDAVIT OF AMOUNTS DUE AND OWING

BEFORE ME, the undersigned authority, personally appeared Gregory Zink (Affiant), who, upon oath, deposes and says:

1.     I am over 18 years of age and I have personal knowledge of the facts contained in this Affidavit.

2.     This Affidavit is submitted in support of Plaintiff's Motion for Entry of Default Final Judgment.

3.     I am the Chief Operating Officer of FINANCE ERC, LLC ("Finance ERC), and am authorized to sign this Affidavit on behalf of Finance ERC.

4.     Finance ERC was created as part of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), a $2.2 trillion economic stimulus bill passed to address the fallout from the COVID-19 pandemic.

DocVerify ID: 0238ACCF-4E8C-4F61-B33D-2F5FFC8DB25C
www.docverify.com
Page 1 of 4   12F5FFC8DB25C



Civil Action No. 9:24-cv-80038-AMC

5. The ERC is a refundable tax credit offered to businesses for maintaining their payroll during 2020 and 2021. For most employers, the ERC is in excess of the payroll taxes paid.

6. Finance ERC helps businesses hindered by this delay by purchasing a portion of the business's expected ERC. Finance ERC provides the business with money before the ERC is fully processed by the IRS. In exchange, Finance ERC receives the portion of the business's ERC that it purchased, when ultimately later issued by the IRS.

7. LEE GAUSE ("Gause") is the founder and CEO of LEE GAUSE DDS PC ("Gause DDS"). Gause took advantage of Finance ERC's offer to purchase a portion of Gause DDS's ERC.

8. In an application submitted to Finance ERC, Gause represented that Gause DDS's amended payroll tax returns entitled it to an ERC of $662,118.54.

9. Based on review of Gause DDS's amended tax returns and Gause's representations that the amended tax returns had been filed, Finance ERC entered into the Employee Retention Credit (ERC) Purchase and Sale Agreement (the "Purchase Agreement') and agreed to buy $559,665.70 (the "Purchase Amount") of Gause's ERC for $456,861.79 (the "Purchase Price").

10. Finance ERC paid Gause the Purchase Price on December 27, 2022.

11. A lockbox account was created for receipt of the IRS's ERC deposits. However, after several months, no deposits had been made into the lockbox. Additionally, after conversations with the IRS, and review of Gause DDS's tax transcripts, Finance ERC learned that Gause DDS had never filed amended tax returns and was not entitled to the $662,118.54 ERC amount that formed the basis for the Purchase Agreement.

DocVerify ID: 0238ACCF-4E8C-4F61-B33D-2F5FFC8DB25C
www.docverify.com
Page 2 of 4    22F5FFC8DB25C
0238ACCF-4E8C-4F61-B33D-2F5FFC8DB25C --- 2024/04/03 14:00:08 -5:00 --- Remote Notary



Civil Action No. 9:24-cv-80038-AMC

12. Gause DDS breached the Purchase Agreement by failing to file Amended Tax Return and thus impairing Finance ERC's ability to collect on Gause DDS's ERC.

13. Gause personally guaranteed the truthfulness, accuracy, and completeness of all the representations, warranties, and covenants made by Gause DDS to Finance ERC.

14. Finance ERC has suffered compensable damages in the amount of $559,655.70, the amount agreed to by the parties in the Purchase Agreement as liquidated damages.

15. The attached Employee Retention Credit (ERC) Purchase and Sale Agreement Closing Statement, which I have reviewed, is a true and correct copy of the Closing Statement signed by the parties.

16. In accordance with the Offer Acceptance Letter and Purchase and Sale Agreement dated December 21, 2022, attached hereto as Composite Exhibit "A," Finance ERC is due:

    a. Purchase Amount: $559,665.70

    b. Pre-Judgment Interest from
       November 28, 2023 – March 25, 2024   $16,136.17

    **Total through 3/25/2024:** **$575,801.87**

17. Finance ERC is also entitled to the costs and expenses, including attorney's fees and court costs, expended in enforcing Finance ERC's rights under the Purchase Agreement and guaranty.

18. Finance ERC has retained Becker & Poliakoff, P.A. to prosecute this action on its behalf and is obliged to pay a reasonable fee and reimburse costs incurred in connection with the firm's services. Attorneys' fees and costs are not requested in this Affidavit. Rather, Becker &



Civil Action No. 9:24-cv-80038-AMC

Poliakoff, P.A. will submit its own affidavit supporting and requesting the fees and costs from this action in accordance with applicable law.

**FURTHER AFFIANT SAYETH NAUGHT**.

FINANCE ERC, LLC

*Gregory Zink*
Signed on 2024/04/03 14:29:50 -5:00

GREGORY ZINK
CHIEF OPERATING OFFICER

STATE OF FLORIDA        :
                        : ss
COUNTY OF MIAMI-DADE    :

The foregoing instrument was acknowledged before me, by means of ☐ physical presence or ☒ online notarization, by Gregory Zink, as Chief Operating Officer of Finance ERC, LLC, a limited liability corporation, and that he acknowledged to me, that he executed the foregoing instrument on behalf of the corporation, freely and voluntarily under authority duly vested in him by said corporation.

NOTARY PUBLIC - STATE OF FLORIDA

Personally Known _____ OR

Produced Identification _____     Sign _*Nora E Portuondo*_
                                           Signed on 2024/04/03 14:29:50 -5:00

Driver's License_____     Print  Nora E. Portuondo_____
Type of Identification                 My Commission expires: 3/25/2024

**Nora E Portuondo**
**Commission # HH 97903**
Notary Public - State of Florida
My Commission Expires Feb 25, 2025

Notary Stamp 2024/04/03 11:29:50 PST        0AE38A1456CC

Notarial act performed by audio-visual communication

4