UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsd.uscourts.gov

FINANCE ERC LLC,

    Plaintiff,

  vs.                                        Civil Action No. 9:24-cv-80038-AMC

LEE GAUSE DDS PC and
LEE GAUSE,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** having come before the Court upon Plaintiff, FINANCE ERC LLC's ("Plaintiff"), Motion for Entry of Default Final Judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure. Based on the submissions of Plaintiff, the Court's review of this matter, and defaults having been entered against Defendants, LEE GAUSE DDS PC and LEE GAUSE ("Defendants") for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Default Final Judgment is hereby entered in favor of Plaintiff and against Defendant Lee Gause DDS PC, whose address is 37 West 57th Street, New York, New York, 10019, upon the Complaint herein.

2. Default Final Judgment is hereby entered in favor of Plaintiff and against Defendant Lee Gause, whose address is 153 Remsen Street, Apt. 18A, Brooklyn, New York 11201, upon the Complaint herein.

Civil Action No. 9:24-cv-80038-AMC

3. Plaintiff is entitled to recover from the Defendants the sum of **$575,801.87**, consisting of $559,665.70 in unpaid principal, plus $16,136.17 in pre-judgment interest accrued from November 28, 2023 through March 25, 2024.

4. This Court reserves jurisdiction to award attorneys' fees upon motion and tax costs.

5. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by Rule 69(a), Federal Rules of Civil Procedure.

6. Execution on this Judgement shall issue forthwith.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this ____ day of _____, 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRCT JUDGE**

cc: counsel of record

Defendants
37 West 57th Street
New York, New York 10019

Lee Gause
153 Remsen Street, Apt. 18A
Brooklyn, New York 11201